UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEVEN ROGERS OLIVEIRA DOS SANTOS,<br><br>Plaintiff. | Case No. 21-03724 BLF<br><br>**ORDER OF DISMISSAL** |

On May 18, 2021, Plaintiff, proceeding *pro se*, filed a letter attempting to initiate a civil rights action pursuant to 42 U.S.C. § 1983.[1]  Dkt. No. 1.  On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed.  Dkt. No. 4.  A blank complaint form and postage-paid return envelope were enclosed with the notice.  *Id.*  The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal.  Dkt. No. 5.  The deadline has passed, and Plaintiff has failed to file a proper complaint and pay the filing fee or file an IFP application.

---

[1] This matter was reassigned to this Court on June 24, 2021, after Plaintiff did not file consent to magistrate jurisdiction in the time provided.  Dkt. Nos. 6, 8.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: ___**July 28, 2021**____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\03724.Oliveira.dos.Santos_dis-ifp-compl.