UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEVEN ROGERS OLIVEIRA DOS SANTOS,<br><br>Plaintiff. | Case No. 21-03724 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __July 28, 2021____

BETH LABSON FREEMAN
United States District Judge